Alma Parmenter, appellee, v. City of Chicago, appellant. Gen. No. 35,313.

Opinion filed May 4, 1932.

Francis X. Busch, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Matilda Feinberg and Kathryn M. Barasa, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Kamfner & Halligan, for appellee; Arthur J. Goldberg, of counsel.

Mr. Justice Wilson delivered the opinion of the court.